IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HAYATULLAH ZAHID, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-563-KC |
| § | |
| ANGEL GARITE et al., § | |
| § | |
| Respondents. § | |

**ORDER**

On this day, the Court considered the case. On November 18, 2025, Petitioner Hayatullah Zahid filed a Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, alleging that his detention in immigration custody is unlawfully prolonged. On November 20, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Nov. 20, 2025, Order 1, 4, ECF No. 4. In its Show Cause Order, the Court stated it would "set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response." *Id.* at 4. On December 3, Respondents filed a Response, ECF No. 7, arguing that the Court should deny the Petition because "Petitioner's mandatory detention pursuant to 8 U.S.C. § 1225(b)(1)(B)(ii) does not violate the U.S. constitution and laws" as "inadmissible arriving aliens seeking admission, like the Petitioner, have only those rights provided by statute." Resp. 2.

Upon review of the Response, the Court finds it appropriate to order additional briefing. Accordingly, the Court **ORDERS** that Petitioner shall **FILE** a reply to Respondents' Response **by no later than December 24, 2025**.

**SO ORDERED**.

**SIGNED this 12th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE